In the Matter of the Petition of GERTRUDE A. HAIGHT, Respondent, for an Order Revoking and Cancelling Liquor Tax Certificate No. 24,354, Issued to WARREN J. PARSELL, Appellant.

Order affirmed, with costs, upon the authority of *Matter of Place* (27 App. Div. 561; affd., 156 N. Y. 691).

All concurred.